# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| OSCAR AMILCAR CASTILLO, | : No. 244 MAL 2024 |
| | : |
| Petitioner | : |
| | : |
| | : Petition for Allowance of Appeal |
| | : from the **Published Opinion and** |
| v. | : **Order** of the Superior Court at No. |
| | : 1579 EDA 2023, at 312 A.3d 341 |
| | : (Pa. Super. 2024) entered on March |
| MARIA CANDELARIA GUERRA, | : 8, 2024, **affirming** the Order of the |
| | : Delaware County Court of Common |
| Respondent | : Pleas at No. 2023-1210 entered on |
| | : May 18, 2023 |

## ORDER

**PER CURIAM**                                                    **DECIDED: December 6, 2024**

     **AND NOW**, this 6th day of December, 2024, the Petition for Allowance of Appeal is **GRANTED**, the Superior Court's order is **VACATED**, and the case is **REMANDED** to the Superior Court for reconsideration in light of *Velasquez v Miranda*, 321 A.3d 876, 2024 WL 3981406 (Pa. filed Aug. 29, 2024).